IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08- 00609-JW |
| Plaintiff, ) | [~~PROPOSED~~] ORDER |
| v. ) | |
| HECTOR HERNANDEZ-CONTRERAS, ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING and by stipulation of the parties, it is hereby ordered that the status conference hearing in the above-captioned matter shall be continued from December 15, 2008 to January 12, 2009, at 1:30 p.m., and the period of delay from time from December 15, 2008 through and including January 12, 2009, is excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

SO ORDERED.

Dated: December __12__, 2008

_____
HONORABLE JAMES WARE,
United States District Judge

ORDER CONTINUING HEARING
No. CR 08- 00609-JW                1